# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

TRACI L. BALDWIN,                          )
                                           )
        Plaintiff,                      )
                                           )
v.                                         )
                                           )    No. 07-0732-CV-W-DW
                                           )
JACKSON COUNTY, MISSOURI,                  )
                                           )
        Defendant.                      )

## ORDER

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 12).

Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The costs associated with this action shall be borne by Defendant, Jackson County, Missouri. The Clerk of the Court is directed to mark this action as closed.

Date:    January 29, 2008                  /s/ Dean Whipple
                                            Dean Whipple
                             United States District Judge